**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Arizona_____
(State)

Case number (*If known*): _____ Chapter __11__

Subchapter V

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Empereon Marketing, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Assumed: Empereon-Constar <br> Assumed: Empereon Constar |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 8 4 _ 1 4 4 2 5 6 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 10400  N 25th Avenue | |
| Number        Street | Number        Street |
| Suite 100 | |
| | P.O. Box |
| Phoenix            AZ        85021 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Maricopa | |
| County | Number        Street |
| | |
| | City                    State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.empereon-constar.com |

| 6. | **Type of debtor** |
|---|---|

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

| 7. | **Describe debtor's business** |
|---|---|

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5   6   1   4

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|---|---|

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

     ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ❑ A plan is being filed with this petition.

     ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No

   ☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

              District _____ When _____ Case number _____
                                   MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No

    ☐ Yes. Debtor _____ Relationship _____

               District _____ When _____
                                                MM / DD /YYYY

               Case number, if known _____

---

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

         **Why does the property need immediate attention?** (Check all that apply.)

         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

            What is the hazard? _____

         ☐ It needs to be physically secured or protected from the weather.

         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

         ☐ Other _____

         **Where is the property?**_____
                             Number        Street

                             _____

                             City                                         State ZIP Code

         **Is the property insured?**

         ☐ No

         ☐ Yes. Insurance agency _____

                  Contact name    _____

                  Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3 /10 /2023
            MM / DD / YYYY

✗ _____      Travis Bowley
  Signature of authorized representative of debtor      Printed name

Title   C.E.O.

**18. Signature of attorney**

✗ G Shelley

Signature of attorney for debtor

Date    March 14, 2023

MM    / DD / YYYY

Gerald Shelley

Printed name

Fennemore Craig PC

Firm name

2394 E Camelback Road Suite 600

Number      Street

Phoenix, Arizona    85016

City                          State      ZIP Code

602-916-5000

Contact phone

gshelley@fclaw.com

Email address

010453

Bar number

AZ

State

## RESOLUTION AUTHORIZING THE FILING
## OF CHAPTER 11, SUBCHAPTER V REORGANIZATION CASE

The undersigned, McRoberts, Inc., and Bowley, Inc., both Colorado Corporations in good standing, by their authorized representatives, and each and together the managers of Empereon Marketing, LLC, an Arizona limited liability company (the "Company"), do hereby authorize, approve and adopt the following resolution:

WHEREAS, Covid-19 conditions forced the Company to prematurely vacate three leased premises in Waco, Texas, Houston, Texas, and Phoenix, Arizona;

WHEREAS, the Company is now faced with unexpected liabilities created by these lease obligations; and

WHEREAS, it is necessary and in the best interest of the Company, its creditors, and interested parties, that the Company's financial affairs be restructured pursuant to Title 11 United States Code, Chapter 11, Subchapter V.

NOW, THEREFORE, BE IT RESOLVED, that the undersigned hereby authorize the Company to retain and direct counsel to file a Chapter 11 case in the District of Arizona to take all steps that may be necessary or appropriate to reorganize the financial affairs of the Company under applicable law.

Dated as of March 10, 2023.

_____
McRoberts, Inc., a Colorado Corporation
By Bryan McRoberts

_____
Bowley, Inc., a Colorado Corporation
By Travis Bowley

28896051.1/058957.0001

**Empereon Marketing, LLC**
Statement of Operations
Year-to-Date Through
**December 31, 2022**
(Unaudited)
Preliminary (Pending Final PBCs and Related Adjustments)

| | | |
|---|---:|---:|
| Cable | 1,388,807 | 19% |
| Customer Service | 66,009 | 1% |
| Tech Support | 5,293,097 | 71% |
| Internet Sales | 143,860 | 2% |
| Incentive and Bonus Fees | (17,031) | 0% |
| Training Fees | 234,116 | 3% |
| Client Artificial Intelligence | 324,056 | 4% |
| Sales Discounts | (0) | 0% |
| **Revenues** | **7,432,914** | **100%** |
| | | |
| Direct Labor - Compensation (Agent) | (4,640,707) | -62% |
| Direct Labor - Compensation (Other) | (1,654,550) | -22% |
| Direct Labor - Taxes and Benefits | (899,007) | -12% |
| **Direct Labor - Subtotal** | **(7,194,264)** | **-97%** |
| | | |
| Direct Fees | (211,315) | -3% |
| Direct Communication | (55,162) | -1% |
| Direct Travel | (58) | 0% |
| Direct Miscellaneous | (172) | 0% |
| **Cost of Revenues** | **(7,460,971)** | **-100%** |
| | | |
| **Gross Profit** | **(28,057)** | **0%** |
| | | |
| Salaries and Benefits | (2,402,430) | -32% |
| General and Administrative | (1,321,448) | -18% |
| Communications | (702,500) | -9% |
| Rent and Utilities | (1,935,852) | -26% |
| Travel | (9,201) | 0% |
| Depreciation | (1,170,901) | -16% |
| **Operating Expenses** | **(7,542,332)** | **-101%** |
| | | |
| **Operating Income (Expense)** | **(7,570,389)** | **-102%** |
| | | |
| Misc Income (Expense) | 4,647,401 | 63% |
| Interest Expense | (987) | 0% |
| **Other Income (Expense)** | **4,646,414** | **63%** |
| | | |
| **Net Income (Loss)** | **(2,923,975)** | **-39%** |
| | | |
| *EBITDA* | *(1,752,087)* | *-24%* |

# Empereon Marketing, LLC

## Balance Sheet

As of

**December 31, 2022**

(Unaudited)

Preliminary (Pending Final PBCs and Related Adjustments)

## ASSETS

| | |
|---|---:|
| Unrestricted Cash | 716,068 |
| Accounts Receivable | 778,378 |
| Accrued and Other Receivables | 26,616 |
| Prepaid Expenses | 483,941 |
| Other Current Assets | 16,999 |
| Due From Related Party(s) | 1,154,474 |
| **Total Current Assets** | **3,176,476** |
| | |
| Property and Equipment, Net | 679,966 |
| Deposits | 42,028 |
| Other Assets | 8,227 |
| Investment(s) in Related Party(s) | 2,478,520 |
| **Total Assets** | **6,385,218** |

## LIABILITIES and MEMBERS' EQUITY

| | |
|---|---:|
| Accounts Payable | 123,044 |
| Accrued Compensation and Benefits | 689,276 |
| Accrued and Other Payables | 911,323 |
| Capital Lease(s), Current Portion | 54,312 |
| **Total Current Liabilities** | **1,777,954** |
| | |
| Capital Lease(s), Less Current Portion | (0) |
| **Total Liabilities** | **1,777,954** |
| | |
| Members' Equity | 4,607,264 |
| **Total Members' Equity** | **4,607,264** |
| **Total Liabilties and Members' Equity** | **6,385,218** |

**Empereon Marketing, LLC**
Statement of Cash Flows
Year-to-Date Through
**December 31, 2022**
(Unaudited)
Preliminary (Pending Final PBCs and Related Adjustments)

| | |
|---|---:|
| **Cash Provided (Used) By Operating Activities:** | |
| Net Income (Loss) | (2,923,975) |
| Adjustments To Reconcile Net Income To Cash Provided: | |
| Depreciation | 1,170,901 |
| Due To Changes in Operating Assets and Liabilities: | |
| Restricted Cash | 557,680 |
| Accounts Receivable | 646,529 |
| Accrued and other Receivables | 909,890 |
| Prepaid Expenses | (19,464) |
| Other Current Assets | 21,364 |
| Deposits | 103,602 |
| Other Assets | 3,494 |
| Accounts Payable | (41,812) |
| Accrued Compensation and Benefits | (649,183) |
| Accrued and Other Payables | 119,322 |
| Due From Related Party(s) | 52,128 |
| Due To Related Party(s) | (31,501) |
| **Net Cash Provided (Used) By Operating Activities** | **(81,023)** |
| | |
| **Cash Provided (Used) By Investing Activities:** | |
| Purchases of Property and Equipment | (207,554) |
| **Net Cash Provided (Used) By Investing Activities** | **(207,554)** |
| | |
| **Cash Provided (Used) By Financing Activities:** | |
| Capital Lease(s) | (132,732) |
| Investment(s) in Related Party(s) | 722,360 |
| **Net Cash Provided (Used) By Financing Activities** | **589,628** |
| | |
| Net Increase (Decrease) in Unrestricted Cash | 301,052 |
| Unrestricted Cash, Beginning | 415,016 |
| **Unrestricted Cash, Ending** | **716,068** |

Supplemental Information
Interest Expense