FENNEMORE CRAIG, P.C.
Gerald L. Shelley (No. 010453)
Anthony W. Austin (No. 025351)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: gshelley@fclaw.com
Email: aaustin@fclaw.com
*Counsel for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11, Subchapter V |
| EMPEREON MARKETING LLC | Case No. 2:23-bk-01592-MCW |
| Debtors. | **MOTION FOR ENTRY OF FINAL DECREE** |

Empereon Marketing LLC, ("Debtor"), hereby moves the Court under FRBkP 3022 to enter a final decree in this case.

The Advisory Committee Note – 1991 Amendment to Rule 3022 states in part:

Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed. Factors the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, … (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters and adversary proceedings have been finally resolved.

In this case the order confirming the plan was entered on the docket at 112 on September 27, 2023 so that the order became final and unappealable at least as early as October 11, 2023, now long past. No appeal nor request for reconsideration has been filed as to the confirmation order, nor any other pending matter in this case. The Debtor made

the first of 12 payments required by the Plan on March 29, 2024.  Accordingly, items (1), (5), and (6) are satisfied in this case.  Items (2), (3), and (4) not delineated are inapplicable to this case and to the Plan as confirmed.

Accordingly, Debtor respectfully requests the Court enter a final decree in this case.

DATED this 30th day of April, 2024.

FENNEMORE CRAIG, P.C.

By: */s/ Gerald L. Shelley*
Gerald L. Shelley (No. 010453)
Attorneys for Debtor

COPY served this 30th day of April, 2024
via ECF upon all parties registered to receive
ECF Notice and via e-mail to:

Edward Bernatavicius
Office of US Trustee
Edward.k.bernatavicius@usdoj.gov
*U.S. Trustee*

Joseph Cotterman
cottermail@cox.net
*Subchapter V Trustee*

Kyle Hirsch
Christopher Fischer
Bryan Cave Leighton Paisner
2 N Central Ave., Suite 2100
Phoenix, AZ 85004-4406
Kyle.hirsch@bclplaw.com
*Attorneys for UMB Bank, N.A.*

Tracy L. Klestadt
Klestadt Winters Jureller Southard & Stevens, LLP
tklestadt@klestadt.com
*Attorneys for Quantauck Waco LLC*

Don C. Fletcher
Fletcher Barnes Law, PLC
dfletcher@fletcherbarneslaw.com
*Attorneys for Kinetic Savers Plaza, LLC*

*/s/ Gidget Kelsey*

FENNEMORE CRAIG, P.C.
PHOENIX

Case 2:23-bk-01592-MCW    Doc 130    Filed 04/30/24    Entered 04/30/24 17:06:01    Desc
48650376.1                          Main Document      Page 2 of 2