**SO ORDERED.**

**Dated: May 14, 2024**



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11, Subchapter V |
| EMPEREON MARKETING LLC | Case No. 2:23-bk-01592-MCW |
| Debtors. | **FINAL DECREE** |

The Debtor having filed a Notice of Substantial Consummation and a Motion for Entry of Final Decree, and the Court finding that this case is fully administered,

It IS HEREBY ORDERED closing this case.

DATED AND SIGNED ABOVE.